# United States District Court
**Central District of California**
## Office of the Clerk

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUL 15, 2019

Sherri R. Carter, Executive Officer/Clerk
By Paul R. Cruz, Deputy

July 9, 2019

Los Angeles County Superior Court
111 North Hill Street
Los Angeles, CA 90012

Re: Case Number: 2:19-cv-05838-PA-PLA X
Previously Superior Court Case No. 19STVC17949 19STCV17949
Case Name: Marcus Silver et al v. Bertram Siegel et al

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on 7/9/19, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

FILED
CLERK, U.S. DISTRICT COURT
AUG 15 2019
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Respectfully,

Clerk, U.S. District Court

By: /s/ Benjamin Moss
Deputy Clerk
Benjamin_Moss@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

7/15/2019
Date

Clerk, Superior Court
PAUL CRUZ
By: ______________
Deputy Clerk